B5 (Official Form 5) (12/07)              FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Eastern District of Tennessee | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Stanfill, Jacqueline** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>**Stanfill Wealth Management, LLC** |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**unknown** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**1111 N. Northshore Drive**<br>**Suite S-250**<br>**Knoxville, TN 37919** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**Jacqueline Stanfill**<br>**7010 Stone Mill Dr**<br>**Knoxville, TN 37919** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Knox** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    □ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>□ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>■ Individual (Includes Joint Debtor)<br>□ Corporation (Includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>□ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>■ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>□ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>□ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### ALLEGATIONS
(Check applicable boxes)                                                                              COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. □ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor __Stanfill, Jacqueline__

B5 (Official Form 5) (12/07) - Page 2                                              Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Joey Ducote                                    X /s/ Lynn Tarpy                    January 21, 2015
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date

**Joey Ducote**                    January 21, 2015      **Lynn Tarpy**
Name of Petitioner                 Date Signed           Name of Attorney Firm (If any)
                                                         **Tarpy, Cox, Fleishman & Leveille, PLLC**
Name & Mailing         **Joey Ducote**                   **1111 N. Northshore Drive**
Address of Individual  **1551 Wembley Hills**            **Suite N-290**
Signing in Representative **Knoxville, TN 37922**        **Knoxville, TN 37919**
Capacity                                                 Address
                                                         Telephone No. __(865) 588-1096__

X /s/ Greg Logue                                     X /s/ Greg Logue                   January 21, 2015
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date

**Dan D'All**                      January 21, 2015      **Greg Logue**
Name of Petitioner                 Date Signed           Name of Attorney Firm (If any)

Name & Mailing         **Greg Logue**                    **PO Box 900**
Address of Individual  **PO Box 900**                    **Knoxville, TN 37901-0900**
Signing in Representative **Knoxville, TN 37901-0900**   Address
Capacity                                                 Telephone No. __865-215-1000__

X_____                      X_____
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date

_____                           _____
Name of Petitioner              Date Signed              Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative                                Address
Capacity                                                 Telephone No._____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Joey Ducote<br>1551 Wembley Hills<br>Knoxville, TN 37922 | Money turned over to Stanfill for retirement and 529 College funds | 1,166,000.00 |
| Dan D'All<br>c/o Greg Logue<br>PO Box 900<br>Knoxville, TN 37901-0900 | Money turned over to Stanfill for retirement | 766,000.00 |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,932,000.00 |

__0__ continuation sheets attached

Name of Debtor  **Stanfill, Jacqueline**

B5 (Official Form 5) (12/07) - Page 2

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Joey Ducote
Signature of Petitioner or Representative (State title)

Joey Ducote                January 22, 2015
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Joey Ducote
1551 Wembley Hills
Knoxville, TN 37922

X /s/ Lynn Tarpy   006017           January 22, 2015
Signature of Attorney               Date

Lynn Tarpy   006017
Name of Attorney Firm (If any)
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N. Northshore Drive
Suite N-290
Knoxville, TN 37919
Address
Telephone No.  (865) 588-1096

X /s/ Greg Logue
Signature of Petitioner or Representative (State title)

Daniel D'All                 January 22, 2015
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Greg Logue
PO Box 900
Knoxville, TN 37901-0900

X /s/ Greg Logue   012157           January 22, 2015
Signature of Attorney               Date

Greg Logue   012157
Name of Attorney Firm (If any)

PO Box 900
Knoxville, TN 37901-0900
Address
Telephone No.  865-215-1000

X /s/
Signature of Petitioner or Representative (State title)

Cary Franklin                January 22, 2015
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
3748 Gooseneck Dr.
Knoxville, TN 37920

X /s/ Robert L. Vance   021733      January 22, 2015
Signature of Attorney               Date

Robert L. Vance   021733
Name of Attorney Firm (If any)

PO Box 900
Knoxville, TN 37901-0900
Address
Telephone No.  865-215-1000

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Joey Ducote<br>1551 Wembley Hills<br>Knoxville, TN 37922 | Money turned over to Stanfill for retirement and 529 College funds. Money is approximate as reported by Stanfill. | 1,166,000.00 |
| Daniel D'All<br>8366 Meadow Pointe Dr<br>Southaven, MS 38672 | Money turned over to Stanfill for retirement. Amount is approximate as reported by Stanfill. | 700,000.00 |
| Cary Franklin<br>3748 Gooseneck Dr.<br>Knoxville, TN 37920 | Money turned over to Stanfill for retirement | 45,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
2,514,000.00

____1____ continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Name of Debtor: **Stanfill, Jacqueline**
Case No.

B5 (Official Form 5) (12/07) - Page 2

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Karen A. Franklin
Signature of Petitioner or Representative (State title)

Karen Franklin
Name of Petitioner
January 22, 2015
Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X /s/ [signature] President
Signature of Petitioner or Representative (State title)

The Franklin Group, LLC
Name of Petitioner
January 22, 2015
Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
3748 Gooseneck Dr
Knoxville, TN 37920

X
Signature of Petitioner or Representative (State title)

Name of Petitioner
Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X /s/ Robert L. Vance  021733
Signature of Attorney
January 22, 2015
Date

Robert L. Vance  021733
Name of Attorney Firm (If any)

PO Box 900
Knoxville, TN 37901-0900
Address
Telephone No. 865-215-1000

X /s/ Robert L. Vance  021733
Signature of Attorney
January 22, 2015
Date

Robert L. Vance  021733
Name of Attorney Firm (If any)

PO Box 900
Knoxville, TN 37901-0900
Address
Telephone No. 865-215-1000

X
Signature of Attorney
Date

Name of Attorney Firm (If any)

Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Karen Franklin<br>3748 Gooseneck Dr<br>Knoxville, TN 37920 | Money turned over to Stanfill for retirement | 63,000.00 |
| The Franklin Group, LLC<br>3748 Gooseneck Dr<br>Knoxville, TN 37920 | Money turned over to Stanfill to invest | 540,000.00 |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>2,514,000.00 |

1 of 1 continuation sheets attached