

**SO ORDERED.**
**SIGNED this 25th day of March, 2015**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### Knoxville Division

| | |
|---|---|
| IN RE: ) | |
|    **Jacqueline Stanfill** ) | **Case No. 15-30233** |
| ) | **Chapter 7** |
| ) | |
|    **Debtor.** ) | |

**AGREED ORDER WAIVING AND DENYING THE DEBTOR'S DISCHARGE**

Upon Motion of U.S. Trustee, for good cause shown, no adverse interest appearing and it appearing that the relief should be granted pursuant to 11 U.S.C. § 727(a)(10), it is accordingly

ORDERED that JACQUELINE STANFILL's Written Waiver of Discharge is hereby approved and JACQUELINE STANFILL's discharge is hereby denied.

# # #

APPROVED FOR ENTRY:

SAMUEL K. CROCKER
United States Trustee, Region 8

/s/ Nicholas B. Foster
Nicholas B. Foster
Trial Attorney, TN BPR 027230
U.S. Department of Justice
Office of the U.S. Trustee
31 East 11th Street, 4th Floor
Chattanooga, TN  37402
(423) 752-5566
Nick.Foster@usdoj.gov



BY PERMISSION:

/s/ William E. Maddox, Jr.
William E. Maddox, Jr.
William E. Maddox, Jr., LLC
P. O. Box 31287
Knoxville, TN 37930
865-293-4953
Fax : (865) 293-4969
Email: wem@billmaddoxlaw.com
Attorney for the Debtor