# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:                                                Case Number:  3:15–bk–30233  
Jacqueline Stanfill                            Chapter:  7

    Debtor(s)

## NOTICE OF NO DISCHARGE

   Pursuant to Federal Rule of Bankruptcy Procedure 4006, you are notified that an order was entered in the above bankruptcy case on March 26, 2015, denying the discharge of the debtor(s), Jacqueline Stanfil. Accordingly, the debtor(s), Jacqueline Stanfil, will not receive a discharge.

   Dated: 4/16/15                                        William T. Magill  
                                                          Clerk of the Bankruptcy Court

                                                          By: __cjw____  
                                                          Deputy Clerk